IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN STANDIFER, | ) | 8:12CV176 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BROADMOOR DEVELOPMENT, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Upon careful consideration,

IT IS ORDERED that:

1. The final pretrial conference in this matter, currently scheduled for June 13, 2013, is cancelled. The conference may be rescheduled after the resolution of Defendants' Motions for Summary Judgment.

2. The clerk's office is directed to cancel the final pretrial conference in this matter, currently scheduled for June 13, 2013.

DATED this 4th day of June, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge